# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Wellesley K. Clayton , | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-347 |
| | ) | |
| vs. | ) | |
| | ) | |
| Linda W. Simpson et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 23, 2015 Order.

                                              November 23, 2015

                                              Frank G. Johns, Clerk
                                              United States District Court