UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00347-RJC

| | |
|---|---|
| **In re:** ) </br> ) </br> **WELLESLEY K. CLAYTON,** ) </br> ) </br> Debtor. ) </br> _____ ) </br> ) </br> **WELLESLEY K. CLAYTON,** ) </br> ) </br> Appellant, ) </br> ) </br> v. ) </br> ) </br> **LINDA W. SIMPSON, OCWEN LOAN** ) </br> **SERVICING, LLC, and M&T BANK,** ) </br> ) </br> Appellees. ) </br> _____ ) | **<u>ORDER</u>** |

**THIS MATTER** comes before the Court on Appellant's "Motion to Reconsider Re-opening of Chapter 11 and Quash Service and Vacate Default." (Doc. No. 12). The Court has previously considered and addressed a motion to reopen by Appellant, and that motion was denied. (Doc. No. 11). Appellant's current Motion to Reconsider presents the same arguments as his previous motion, namely that he allegedly did not receive the Court's Orders, and the Court finds that it is duplicative and frivolous. Accordingly, for the reasons stated in its previous Order, (Doc. No. 11), Appellant's current motion is **denied**. This matter is closed, and Appellant is warned that any further frivolous filings in this case or any related case[1] may result in sanctions being imposed against him.

---

[1] The related cases include, but are not limited to, <u>In re Clayton</u>, No. 3:16-cv-18-RJC.

**IT IS, THEREFORE, ORDERED** that Appellant's Motion to Reconsider Re-opening of Chapter 11 and Quash Service and Vacate Default," (Doc. No. 12), is **DENIED**.

Signed: May 20, 2016

Robert J. Conrad, Jr.
United States District Judge